Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65757.—Pearson Candy Co. et al. *v.* United States, protests 295428–K, etc. (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 6, 1961

No. 65758.—Ross Products, Inc. *v.* United States, protests 60/27041 and 60/27265 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiff was sustained.

No. 65759.—Nylonge Corporation *v.* United States (American Sponge & Chamois Co., Inc., Party in Interest), protest 59/15900 (New York).

Opinion by OLIVER, C.J. In accordance with plaintiff's motion for dismissal on the ground that "this protest is not from the first liquidation of the merchandise" and following the decision of the Secretary of the Treasury rejecting plaintiff's complaint (T.D. 54537), the motion to dismiss was granted.

No. 65760.—Design International Corp. et al. *v.* United States, protests 58/21804, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiffs was sustained.

No. 65761.—Fabry Associates, Inc. *v.* United States, protest 59/33799 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

No. 65762.—Fabry Associates, Inc. *v.* United States, protest 60/24278 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

No. 65763.—Miya Co., Inc., et al. *v.* United States, protests 60/25744, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.